**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: October 2, 2017**



C. Kathryn Preston
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  TINA COOPER   :   Case No. 16-55740

:   Chapter 13

:   Judge C KATHRYN PRESTON

### ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN (Doc. 28)

This matter is before the Court on the Motion to Modify Debtors' Chapter 13 Plan filed by the Chapter 13 Trustee ("Trustee"). The Court finds the Motion to be well taken, and therefore SUSTAINS the Motion to Modify. The dividend for unsecured creditors is hereby increased to 100 percent (100%).

**IT IS SO ORDERED.**

**Copies to: Default List**

###