**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: February 14, 2019**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:    TINA COOPER           :       Case No. 16-55740

                                :       Chapter 13

                                :       Judge C KATHRYN PRESTON

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS (Doc. 36)

Pursuant to the motion of the Chapter 13 Trustee and for good cause shown, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest.**